UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CARMEN LA DON DAVIDSON,

    Plaintiff(s),

v().                                    Civil Number: 11-12251
                                        Judicial Officer: George Caram Steeh

ERICKSON RETIREMENT
COMMUNITIES, et al

    Defendant(s).
_____/

## ORDER ON APPLICATION FOR APPOINTMENT OF COUNSEL

    Having considered the application for appointment of counsel; **IT IS ORDERED** that the application is:

☐    GRANTED.

X    DENIED, for the following reasons:

        No funds exist to compensate counsel in such a dispute.

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

Dated: June 6, 2010

### CERTIFICATE OF SERVICE

    Copies of this Order were served on the parties/attorneys of record on June 6, 2010 by electronic and/or ordinary mail.

                                        s/M. Beauchemin
                                        Deputy Clerk